UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB,

        Plaintiff,

v.                              Case No. 2:05-cv-114-FtM-33SPC

KINGDOM BUFFET ENTERPRISES, INC.,

        Defendant.
_____

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #15), entered on July 6, 2005, recommending that Plaintiff's Motion for Attorneys' Fees, Litigation Expenses and Costs (Doc. #13) be granted, although in an amount less than that requested by Plaintiff. In the Report and Recommendation (Doc. #15), the magistrate judge recommends that the Court award $1,277.50 in attorneys' fees and $516.24 for costs, for a total award of $1,793.74. As of the date of this Order, no objections to the report and recommendation have been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation(Doc. #15) of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #15) is **ACCEPTED** and **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees, Litigation Expenses and Costs (Doc. #13) is **GRANTED**, although in an amount less than that requested by Plaintiff, and the Plaintiff is hereby awarded $1,277.50 in attorneys' fees and $516.24 for costs, for a total award of $1,793.74.

3. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all

previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 21st day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All parties of record